**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>　　　　Plaintiff, )<br>vs. )<br>　 )<br>Henrietta Rose Wagner, )<br>　　　　Defendant. ) | No.: CR12-01928-002-PHX-JAT<br><br>**ORDER** |

　　　　The defendant appeared in court with counsel. The defendant's probable cause hearing was held and the detention hearing was submitted by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of her supervised Probation as alleged Allegation A, B, D and E in the petition. Court does not find probable cause for Allegation C.

　　　　IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not a flight risk or a danger.

　　　　DATED this 17th day of October, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　Mark E. Aspey
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge